No. 98–9875. NULL v. PENNSYLVANIA BOARD OF PROBATION AND PAROLE. Commw. Ct. Pa. Certiorari denied.

No. 98–9876. KNIPFER v. PITZER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 98–9877. KING v. CRIST, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 98–9878. MCINTYRE v. BAYER ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–9879. PROSSER v. ROSS ET AL. C. A. 8th Cir. Certiorari denied.

No. 98–9880. POLLACK v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 98–9881. REEVES v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–9882. STOKES v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 98–9883. CASIMIER v. UNITED STATES POSTAL SERVICE. C. A. Fed. Cir. Certiorari denied.

No. 98–9886. WASHINGTON v. DAVIS, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–9887. WEDGEWORTH v. SUTTON, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–9889. KING v. LOVE ET AL. C. A. 5th Cir. Certiorari denied.

No. 98–9891. LLOYD v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–9892. JACKSON v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–9893. LUMBEF v. FINN ET AL. C. A. 9th Cir. Certiorari denied.